# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| TRAVIS JACKSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-00086-ADA |
| CORECIVIC, INC., | § § § | |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Travis Jackson and Defendant CoreCivic, Inc. have stipulated to dismissal, with prejudice, of the above-styled case. Accordingly, it is **ORDERED** that this matter is dismissed in its entirety, with prejudice to its re-filing, and waiving all rights of appeal. It is further **ORDERED** that each party shall bear their own costs.

Signed this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

Dated: November 11, 2024

*/s/ John F. Melton*
John F. Melton
Texas Bar No. 24013155
jmelton@jfmeltonlaw.com
Michael W. Balcezak
Texas Bar No. 24012236
**THE MELTON LAW FIRM, P.L.L.C.**
925 South Capital of Texas Highway, Suite B-225
Austin, Texas 78746
512.330.0017 (Telephone)
512.330.0067 (Facsimile)

**ATTORNEYS FOR PLAINTIFF TRAVIS JACKSON**

Respectfully submitted,

*/s/ Jeremy Hawpe*
Jeremy Hawpe
Texas Bar No. 24046041
jhawpe@littler.com
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas 75201
214.880.8100 (Telephone)
214.880.0181 (Fax)

Melinda J. Wetzel
Texas Bar No. 24115637
mwetzel@littler.com
**LITTLER MENDELSON, P.C.**
100 Congress Ave, Suite 1400
Austin, Texas 78701
512.982.7250 (Telephone)
512.982.7248 (Fax)

**ATTORNEYS FOR DEFENDANT CORECIVIC, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John F. Melton
Michael W. Balcezak
THE MELTON LAW FIRM, P.L.L.C.
925 South Capital of Texas Hwy., Suite B-225
Austin, Texas 78746
jmelton@jfmeltonlaw.com
michael@jfmeltonlaw.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Melinda J. Wetzel*
Melinda J. Wetzel